Charles H. Westlake et al., defendants in error, v. James Frisby et al., plaintiffs in error. Gen. No. 8,541.

Opinion filed February 19, 1934. Rehearing denied April 2, 1934.

Thompson, Tyrrell & Chambers, for plaintiffs in error; Lavern W. Thompson, of counsel. Charles P. Barnes, for defendants in error.

Mr. Justice Huffman delivered the opinion of the court.